United States Courts
Southern District of Texas
FILED
**Jan 19, 2025**
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
Vs.
**Mary Taresa Malik**
**Christopher Michael Pressnell**
**Ozer Ibrahim**

**CRIMINAL COMPLAINT**

Case Number: 2:25-MJ-0042

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **January 18, 2025** in **Brooks** County, in the Southern District of Texas, defendant,

**Mary Taresa Malik**
**Christopher Michael Pressnell**
**Ozer Ibrahim**

each aiding, abetting and assisting one another, did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

See Attached Affidavit of U.S. Border Patrol Agent **Adolfo Ruiz**

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

Signature of Complainant
**Adolfo Ruiz**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

January 19, 2025
Date

at  Corpus Christi, Texas
City and State

**Jason B. Libby  U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

**FACTS/DETAILS:**
On January 18, 2025, at approximately 12:00 a.m., a white Nissan sedan with three visible occupants approached the Falfurrias Checkpoint for an immigration inspection. The primary agent asked the driver, later identified as Mary Taresa Malik, if she was a United States Citizen (USC) and she said "yes." The agent asked the back seat passenger, later identified as IBRAHIM, Ozer if he was a USC and in heavily accented English, he stated yes. The agent asked him if he had any sort of identification, and he stated yes and began to search his wallet. While IBRAHIM was searching for his ID, the canine handler at primary notified the primary agent that his service canine was alerting to the vehicle. The canine handler said he could see someone hiding in the rear hatch area of the vehicle. MALIK was instructed to drive her vehicle to the secondary inspection area for further inspection. A third individual in the vehicle was later identified as Christopher Michael PRESSNELL, a USC.

During secondary inspection, agents opened the rear hatch of the vehicle and found two people hidden under blankets and a flattened cardboard box. The two individuals hidden in the rear hatch of the vehicle were juveniles, travelling unrestrained in a manner that was unsafe. The subjects were later identified as D.A.R.M. and D.L.R.M. The two individuals freely admitted to being citizens of El Salvador, illegally present in the United States. IBRAHIM was determined to be a citizen of Turkey with an active immigration case. All subjects were then placed under arrest and escorted inside the checkpoint for processing.

**Note:**
An agent located a firearm on PRESSNELL. Another agent located the two hidden individual's cell phones inside a bag that was inside the passenger area of the vehicle. The canine handler and his service canine located two THC vaporizer pens in the vehicle.

The THC pens were claimed by MALIK. She states to have graves' disease that requires her to use at night for pain and insomnia.

**MIRANDA RIGHTS WARNING:**
All subjects were read their rights in their preferred language. Christopher Michael PRESSNELL declined to give a statement.

**Principal Statement: (Mary Taresa MALIK)**
MALIK stated she met the individuals who instructed her on what to do on today's events through Facebook. They had messaged back and forth via Whats App before joining a group chat with everyone that would be involved. MALIK was eventually told she would be picking up immigrants. MALIK was in contact with these individuals for at least three days, possibly more, before given instructions to make a trip to McAllen, TX. On Friday, January 17, 2025, MALIK was given instructions to meet the men in charge at a furniture store in McAllen. MALIK left her home in Pleasanton, TX with her boyfriend, IBRAHIM, and picked up her nephew, PRESSNELL, to join them and go forth with the instructions she was given. They left around 5:30p.m. and made it into McAllen around 8:30p.m. They met up with two young Hispanic males, between the ages of 20-25, driving a white 3500 truck at a Martinez Furniture and Appliances store. MALIK described the passenger as having a buzz cut, with many facial tattoos, including a tattoo on his middle right hand finger. One of the men got off the vehicle and transferred two children from their vehicle to hers. PRESSNELL was the one who opened the door and interacted with

the individuals. MALIK stated that the passenger instructed her to wait for the next location which would be somewhere in McAllen. Shortly after the white truck departed, MALIK received instructions to go to a nearby Walmart and purchase boxes she would later use to conceal the juveniles. PRESSNELL helped cover up the kids. After Walmart, MALIK stated the plans changed, and she was told to drive to San Antonio. MALIK became uncomfortable since that was not the agreement. MALIK didn't think she had to go through a checkpoint. She thought she was taking them from the place they crossed the river to another place. As MALIK began to deny their requests, they threatened her by stating they know where her family lives. MALIK felt obligated to drive to San Antonio where she was given specific instructions to drive up Highway 281. The men told her they would give her a specific location in San Antonio when she got closer. MALIK stated she was going to go through the checkpoint, drop them off and never do it again.

MALIK stated that PRESSNELL and IBRAHIM were aware of the plans and intentions of going to McAllen. They did not want her to go alone. MALIK stated they did not speak or have contact with any of these men. MALIK stated she carries a concealed firearm daily in her purse, but due to having the kids in her vehicle she feared they could easily take hold of it, and she instructed PRESSNELL to carry her firearm on his person. MALIK stated she was only paid a total of $80 for gas and to buy the boxes to put on top of the kids through Cashapp. When offered the $2,000 that was agreed upon, she denied it and requested that once she was able to drop off the kids, they could pay her. MALIK was able to provide only the first names of the three individuals she was in contact with throughout this entire time.

**Principal Statement: (Ozer IBRAHIM)**
IBRAHIM stated that on Friday January 17, MALIK, PRESSNELL, and he were headed to McAllen from San Antonio. MALIK is his girlfriend and PRESSNELL is MALIK's nephew. This trip was intended to pick up a married couple to give them a sightseeing tour of San Antonio. They left San Antonio for McAllen in the evening but was unable to provide a time. They arrived at a restaurant in McAllen where two subjects, the juvenile aliens, would enter the vehicle. IBRAHIM did not see the vehicle or the people who were involved in dropping off the two juvenile aliens. IBRAHIM states he was in the driver's seat, MALIK was in the passenger seat, and PRESSNELL was in the back seat with the two juvenile aliens. IBRAHIM states they made a trip to Walmart where he used the restroom and took a smoke break. When he returned to the vehicle MALIK was in the driver's seat, PRESSNELL was in the passenger seat, and he now was in the back seat with the two juveniles. After Walmart they headed back up to San Antonio. IBRAHIM did not question anything that was going on with the two juveniles as his English is not very good and he did not understand what was going on. After driving for an unknow time, they pulled over and PRESSNELL had the two juveniles enter the trunk of the vehicle. IBRAHIM stated he did not know that the two juveniles were present illegally. MALIK informed him about being questioned to his immigration status and their relationship at the checkpoint. He was not mentioned anything regarding the two aliens in the trunk.

**Material Witness Statement: (D.A.R.M.)**
D.A.R.M. stated he entered the United States (U.S.) illegally through the river on Friday, January 17 through Miguel Aleman, Tamaulipas along with sixteen other people. After crossing into the U.S., a truck picked them up. They were taken to a house where D.A.R.M. waited in a room. After waiting for approximately forty minutes at the house another truck came to pick them up and move them to another location. It was just he and his sister at this point. D.A.R.M. stated once getting to the second location, two men told D.A.R.M. to get into another vehicle. D.A.R.M. stated that the lady that drove them up to the checkpoint told him and his sister to lay in the back and that a white man covered his sister and him with carboard and blankets before going up to the checkpoint. D.A.R.M. identified MALIK as the translator via phone and as the co passenger who prior to leaving Wal-Mart, jumped in as the driver. D.A.R.M. identified PRESSNELL as the one who put the boards on top of them and as a co passenger.

D.A.R.M. identified IBRAHIM as MALIK's boyfriend and the initial driver who later was the back seat passenger.

**Material Witness Statement: (D.L.R.M.)**
D.L.R.M. is from El Salvador. She along with sixteen others crossed the river illegally approximately yesterday. Her brother was with her. A truck picked them up and took them to a house where they remained an hour. A car came and took four from the group. They were taken to a third place where a vehicle was waiting. Only her and her brother got in the car. In the car was a female and two males. She described the occupants as a "guero", tall white guy with blond hair and a beard, the female as "fat" and the third occupant as the one sitting next to her in the back seat. She fell asleep and after waking up, she got moved to another area that was enclosed (cargo area). They were using the female's phone to communicate in Spanish. Her and her brother placed the blankets on themselves as they were cold. The blonde male "guero" placed the cartons on top of them. She was scared and worried being in there. D.L.R.M. was able to identify MALIK as the translator via phone. D.L.R.M. identified PRESSNELL as a back seat passenger that was later the front seat passenger. D.L.R.M. identified IBRAHIM as the initial driver.

**DISPOSITION:**
The facts of this case were presented to the Assistant United States Attorney Office who accepted Mary Taresa MALIK, Christopher Michael PRESSNELL, and Ozer IBRAHIM for prosecution of 8 USC 1324, Alien Smuggling. D.A.R.M. and D.L.R.M. will be held as Material Witnesses.

Adolfo Ruiz
Border Patrol Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on this day January 19, 2025.

Jason B. Libby
United States Magistrate Judge