UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | MJ ACTION NO. 2:25-MJ-00042-003 |
| | § | |
| OZER IBRAHIM | § | |

### MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  Detention of defendant **OZER IBRAHIM** pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The defendant is not a citizen of the United States and he entered the United States unlawfully. While the defendant was initially released by the immigration authorities and given authorization to work in the United States, those authorities have now entered an immigration detainer against the defendant.  Additionally, it is not clear to the undersigned whether the defendant would now be eligible for an immigration bond.  Further, the defendant has not been interviewed for purposes of the preparation of a complete and thorough Pretrial Services report. Thus, the defendant has not presented a suitable release plan.  The findings and conclusions contained in the Pretrial Services Report are adopted and Mr. Ozer is ORDERED DETAINED pending trial. However, defense counsel may file a motion to reopen the detention hearing if he is able to establish that the defendant is eligible to be released by the immigration authorities into the United States if this Court

were to set bond.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on January 27, 2025.

_____
Jason B. Libby
United States Magistrate Judge